

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| R & M THOMASON FAMILY LIMITED PARTNERSHIP, Individually and Derivatively on Behalf of Both CBIF LIMITED PARTNERSHIP and COLUMBIA AIRPORT, L.L.C., | § § § | |
| Appellants, | § | No. 08-13-00030-CV |
| v. | § | Appeal from the |
| STEVE K. FLORY, JORGE E. CANSECO, COLUMBIA BROKERAGE INVESTMENTS, INC., CCC MONTERREY PARTNERS LP, CBIF LIMITED PARTNERSHIP, and COLUMBIA AIRPORTS LLC, | § § § § | 141st Judicial District Court of Tarrant County, Texas (TC# 141-253166-11) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the Appellants' motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. It is further ordered that costs are assessed against Appellants. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.